UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Leevell Peoples,<br><br>      Plaintiff,<br><br>   vs.<br><br>Nelson & Kennard,<br><br>      Defendant. | Case No.: 2:10-cv-02206-LKK-EFB<br><br>**JOINT STIPULATION<br>FOR DISMISSAL<br>WITH PREJUDICE** |

Based on the Joint Stipulation and Motion to Dismiss Entire Action, with Prejudice filed in this action, the above-captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: March 9, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT